IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00141-CV

 

Paul James Koumjian,

                                                                                    Appellant

 v.

 

Texas Department of Criminal 

Justice, Correctional Institution 

Division and University of Texas 

Medical Branch, Correctional 

Managed Care,

                                                                                    Appellees

 

 



From the 12th District Court

Walker County, Texas

Trial Court No. 24058

 



ORDER










 

            Appellant’s “Motion for Relief from
the Clerk’s Dismissal Order” is granted.  This Court’s order dated December 30, 2009 is withdrawn.  Appellant‘s motion for rehearing is due 28 days from the
date of this order.  Because the Court is extending the time to file a motion
for rehearing, no further extensions to file the motion for rehearing will
be permitted.

                                                                        PER
CURIAM

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Motion
granted

Order
issued and filed March 3, 2010